# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 19-cr-30005 |
| | ) |
| DERRICK PHILLIPS, | ) |
| | ) |
| Defendant. | ) |

## **OPINION**

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter is set for an evidentiary hearing on July 21, 2020 on Defendant's Motion to Suppress [25] (Motion). On June 30, 2020, Chief U.S. District Judge Sara Darrow entered Amended General Order 20-03. The Amended General Order 20-03 states that due to the COVID-19 pandemic, the Courts of this District cannot safely hold in-person hearings:

> [T]he Court continues to find that it cannot return to usual court operations without endangering the health of defendants, counsel, the public, and court personnel, thereby continuing to necessitate the use of video conferencing, or telephone conferencing if video conferencing is not reasonably available. As of the date of this Order, video conferencing is fully operational in all four divisional offices and continues to be utilized daily.

Amended General Order 20-03, at 3.  Judge Darrow also states that she would review her findings no later than 90 days after entry of the Amended General Order 20-03.  Id., at 6.

Defendant Phillips has stated to the Court that he wants an in-person hearing on the Motion and will not agree to a hearing by videoconference or telephone conference.  See Motion to Continue (d/e 36), at 1.  Pursuant to the finding in Amended General Order 20-03 and the ongoing COVID-19 pandemic, this Court must continue the hearing on the Motion because it cannot safely hold an in-person hearing on the Motion for the next 90 days, until after September 30, 2020.  The Court continues the hearing on the Motion until Thursday, October 15, 2020, at 9:00 a.m.  The continuation of the hearing on the Motion will require continuing the initial pretrial conference currently set for August 14, 2020, and the trial set for September 1, 2020.

THEREFORE, IT IS ORDERED: This Court on its own motion hereby orders that the hearing on the Motion set for July 21, 2020 is CANCELLED and reset for Thursday, October 15, 2020, at 9:00 a.m., before this Court in Courtroom III at U.S. District Courthouse in Springfield, Illinois; the initial pretrial conference set  August 14, 2020 is CANCELLED and reset October 16, 2020, at 10:30 a.m. before this Court; and the jury trial set September

1, 2020 is CANCELLED and reset November 3, 2020 at 9:00 a.m. before U.S. District Judge Sue Myerscough.  The Court finds that the ends of justice served by continuing the jury trial on its own motion outweighs the Defendant's and the public's interest in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

ENTER:   July 9, 2020

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE
